# Court of Appeals
# of the State of Georgia

ATLANTA, _May 10, 2018_

*The Court of Appeals hereby passes the following order:*

## A18A1499. KEVIN EATON v. RONALD WELBORN, A/K/A ROBERT WELBORN, A/K/A RONALD BENNETT WELBORN, JR.

In this civil action, the plaintiff Kevin Eaton directly appeals the trial court's order denying his motion for a new trial, following a judgment in his favor in the amount of $4,000.00. The defendant has filed a motion to dismiss the appeal.

Appeals in actions for damages in which the judgment is $10,000.00 or less must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (6), (b); *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998). Eaton's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal. Accordingly, the defendant's motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
     Clerk's Office, Atlanta, _05/10/2018_
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk.*